

**NUMBER 13-18-00569-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

HIDALGO COUNTY WATER IMPROVEMENT
DISTRICT NO. 3 AND OTHAL BRAND JR.,                    Appellants,

v.

KENNETH WILKINS,                                                       Appellee.

---

### On appeal from the 370th District Court
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Longoria and Hinojosa
Memorandum Opinion by Justice Hinojosa**

Appellants, Hidalgo County Water Improvement District No. 3 and Othal Brand Jr.,

filed an appeal from a judgment entered by the 370th District Court of Hidalgo County,

Texas, in cause number C-1406-14-G.  Appellants have filed an unopposed motion to

dismiss the appeal on grounds that the parties have settled all claims, disputes and controversies. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

LETICIA HINOJOSA
Justice

Delivered and filed the
25th day of October, 2018.